IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

THOMAS S. WENNER            )
                           )
v.                         )        NO.  3:03-0934
                           )        JUDGE CAMPBELL
SUN LIFE ASSURANCE COMPANY  )
OF CANADA                  )

ORDER

Pending before the Court is Plaintiff's Motion for Attorney's Fees (Docket No. 67).  For

the reasons stated in the accompanying Memorandum, Plaintiff's Motion for Attorney's Fees

(Docket No. 67) is GRANTED in part and DENIED in part.  Plaintiff is awarded the sum of

$29,338.00 as reasonable attorney's fees in this case.

Also pending before the Court is Plaintiff's Motion for permission to file a response

(Docket No. 73).  Plaintiff's Motion for permission to file a response is GRANTED (Docket No.

73) and the Clerk is directed to file Plaintiff's Reply in Support of Motion for an Award of

Attorney's Fees.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE